**FILED**

NOV - 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  SONNENSCHEIN NATH & ROSENTHAL LLP
2  LAURA A. WYTSMA (State Bar No. 189527)
   601 South Figueroa Street, Suite 1500
3  Los Angeles, California 90017
4  Telephone: (213) 623-9300
   Facsimile: (213) 623-9924
5  lwytsma@sonnenschein.com

6  SONNENSCHEIN NATH & ROSENTHAL LLP
7  JORDAN A. SIGALE (Admitted *Pro Hac Vice*)
   8000 Sears Tower
8  Chicago, Illinois 60606
9  Telephone: (312) 876-7000
   Facsimile: (312) 876-7923
10 jsigale@sonnenschein.com

11
   Attorneys for Plaintiff
12 Publications International, Ltd.

13

14

15           UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA

17              SAN FRANCISCO DIVISION

18

19 PUBLICATIONS                    | Case No. C 05 3256 MHP
   INTERNATIONAL, LTD. an Illinois
20 corporation,                    |
                                   | NOTICE OF DISMISSAL
21           Plaintiff,             | (Fed. R. Civ. P. 41(a)(1)(i))

22      v.

23 TINKERS & CHANCE, a California
   partnership, and DOES 1 through 10,
24
           Defendants.
25

26

27

28

                                            PIL's Notice of Dismissal
                                            Case No. C 05 3256 MHP

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and based on the following covenant not to sue provided by defendant Tinkers & Chance on October 31, 2005,

> Tinkers & Chance unconditionally covenants not to sue Publications International, Ltd. for any past, present, or future infringement, including inducing or contributing to third party infringement, of all claims in United States Patent No. 6,739,874 (the "'874 patent") and in the patent issuing from United States Patent Application Serial No. 10/455,573 (the "'573 application") as they currently read, and any claim in any reissued or reexamined version of the '874 patent or the patent issuing from the '573 application that is the same as, or substantially identical to, any claim in the '874 patent or the patent issuing from the '573 application as it currently reads, arising out of Publications International, Ltd.'s manufacture, use, sales, offers to sell, or importation of any past or present Publications International, Ltd. product commercially available on or before the date of this covenant, including without limitation the ActivePAD™ and ActivePOINT™ products. This Covenant shall extend to future additions to or modifications of the content of the educational books used with the ActivePAD™ or ActivePOINT™ products.

plaintiff Publications International, Ltd., dismisses this action with prejudice, each side to bear its own fees and costs.

Dated: November 4, 2005                SONNENSCHEIN NATH & ROSENTHAL LLP


By_____/s/ Laura A. Wytsma_____
       Laura A. Wytsma
       Attorneys for Plaintiff
       Publications International, Ltd.

30251259

11/7/05

-1-

IT IS SO ORDERED

U.S. DISTRICT JUDGE
Notice of Dismissal
Case No. C 05 3256 MHP